IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

2009 SEP 10 AM 11: 48

| | | |
|---|---|---|
| NICHOLAS SALTARIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 309-034 |
| | ) | |
| UNITED STATES OF AMERICA, ex rel. | ) | |
| BUREAU OF PRISONS, a federal agency, | ) | |
| and DOES 1-10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's motion for a protective order (doc. no. 8) is **DENIED**.

SO ORDERED this 10th day of September, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE